# United States District Court
# For The Western District of North Carolina
# Charlotte Division

David Crump,

       Plaintiff(s),                        SUMMARY JUDGMENT
                                             IN A CIVIL CASE

vs.                                                        3:05-cv-325-MU

North Carolina Department of Corrections, et al.,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment for the Defendants is hereby entered in accordance with the Court's August 26, 2009 Order.

August 26, 2009

Frank G. Johns, Clerk
United States District Court